## Drummond Unemployment Compensation Case.

Argued September 15, 1965. *Verna G. Drummond*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.

## Eskra Unemployment Compensation Case.

Argued September 15, 1965. *Annabelle Eskra*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.